**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                **DATE:** July 11, 2017
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** MOLLIE ANN GIORDANO

**TITLE OF CASE:**                                **DOCKET # 15-cr-576-01**
UNITED STATES OF AMERICA
　　　vs.
KEILA RAVELO

**APPEARANCES:**

Andrew Kogan, AUSA, Brian Urbano, AUSA, for Government.
Lawrence Lustberg, Esq., Steven H. Sadow, Esq., and John Haggerty, Esq. for Defendant.

**Nature of Proceedings:**   IN-PERSON STATUS CONFERENCE on and off the record. Court made rulings regarding Rule 17 Pretrial Subpoenas; Court directed that the production of documents shall be delivered to directly to chambers by August 7, 2017 12:00 noon or in the alternative the parties shall file their objections by that date. Ordered trial date tentatively set for 10/10/2017 (pending defendant's medical issues); Continuance Order shall be submitted to the Court and opposition to the Government's Pre-Trial Motions shall be submitted within the week and the Court will set return date, if necessary.

**Time Commenced: 10:00**
**Time Adjourned: 12:22**
**Total Time: 2 Hour 22 Minutes**

　　　　　　　　　　　　　　　　　　　　　　　　　　Theresa Trivino
　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK